June 25, 2010

Ms. Danica Lynn Milios
Office Of The Attorney General
P. O. Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. Chad Wilson Dunn
Brazil & Dunn, LLP
4201 FM 1960 West, Suite 530
Houston, TX 77068

RE: Case Number: 09-0061
 Court of Appeals Number: 03-07-00593-CV
 Trial Court Number: 05-1738

Style: TEXAS STATE UNIVERSITY-SAN MARCOS
 v.
 SAM AND BETTY BONNIN, INDIVIDUALLY, AND AS INDEPENDENT CO-
 ADMINISTRATORS OF THE ESTATE OF JASON LEE BONNIN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jon L. |
| |Gillum |
| |Mr. Scott |
| |Lyford |